UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Norma Jean Klein, | ) | Civil Action No.: 0:16-cv-01999-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

On December 6, 2017, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 33. On December 20, 2017, the parties filed a joint stipulation agreeing to an award of $4,600.00 in attorney's fees and $23.00 in expenses. *See* ECF No. 34. The joint stipulation provides that the attorney's fees award should be paid to the claimant (not her attorney) and is subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government.

After careful consideration, the Court **ORDERS** Defendant to pay Plaintiff attorney's fees in the amount of $4,600.00, subject to the Treasury Offset Program provision in the joint stipulation, and expenses in the amount of $23.00. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees will be paid directly to the claimant and mailed to her attorney, with a copy sent to the claimant.

**IT IS SO ORDERED.**

December 21, 2017
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.